Nathan R. Rietmann, OSB #053630
nathan@rietmannlaw.com
Rietmann Law, P.C.
1270 Chemeketa St. NE
Salem, Oregon 97301
Phone: 503-551-2740
Fax: 1-888-700-0192

*Of Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **COLLEEN STROEDER**,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503, OREGON PUBLIC EMPLOYEES UNION**; **KATE BROWN**, in her official capacity as governor of Oregon; **PAUL MATHER**, in his official capacity as acting director of the Oregon Department of Transportation; and **KATY COBA**, in her official capacity as director of the Oregon Department of Administrative Services,<br><br>　　　　　Defendants. | Case No. 3:19-cv-01181-HZ<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION |

　　　　PLEASE TAKE NOTICE that Plaintiff's motion for a preliminary injunction (Docket #5) has become moot and is hereby withdrawn.

1   NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

DATED this 9th day of September, 2019

                              RIETMANN LAW P.C

By:   *s/ Nathan R. Rietmann*_____
       Nathan R. Rietmann, OSB #053630
       1270 Chemeketa St. NE
       Salem, Oregon 97301
       503-551-2740
       nathan@rietmannlaw.com
       Of Attorneys for Plaintiff

2   NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF SERVICE

I, Nathan R. Rietmann, certify that on this 9th day of September, 2019, I served a true and correct copy of this NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION on the persons below using the Court's e-filing system:

**Matthew J. Murray**
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415-421-7151
Fax: 415-362-8064
Email: mmurray@altshulerberzon.com

**Scott A. Kronland**
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
415-421-7151
Fax: 415-362-8064
Email: skronland@altshulerberzon.com

**James S. Coon**
Thomas, Coon, Newton & Frost
820 SW 2nd Avenue
Suite 200
Portland, OR 97204
503-228-5222
Fax: 503-273-9175
Email: jcoon@tcnf.legal

**Carla Scott**
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
971-673-1880
Fax: 971-673-5000
Email: carla.a.scott@doj.state.or.us

3   NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION

DATED this 9th day of September, 2019

                        RIETMANN LAW P.C

By:   *s/ Nathan R. Rietmann*_____
       Nathan R. Rietmann, OSB #053630
       1270 Chemeketa St. NE
       Salem, Oregon 97301
       503-551-2740
       nathan@rietmannlaw.com
       Of Attorneys for Plaintiff