ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: Carla.A.Scott@doj.state.or.us

Attorneys for Defendants Governor Kate Brown, Paul Mather and Katy Coba

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLLEEN STROEDER,<br><br>    Plaintiff,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503, OREGON PUBLIC EMPLOYEES UNION; KATE BROWN, in her official capacity as governor of Oregon, PAUL MATHER, in his official capacity as acting director of the Oregon Department of Transportation and KATY COBA, in her official capacity as director of the Oregon Department of Administrative Services,<br><br>    Defendants. | Case No. 3:19-cv-01181-BR<br><br>DECLARATION OF NETTIE PYE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS |

I, Nettie Pye, declare:

Page 1 -  DECLARATION OF NETTIE PYE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS
    CAS/a3m/9891219-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

1.     I am a State Labor Relations Manager for the State of Oregon and am employed by the Oregon Department of Administrative Services ("DAS").

2.     I make this declaration based upon a combination of personal knowledge and in reliance upon records which are regularly maintained by the State of Oregon in the ordinary course of business.

3.     Plaintiff Colleen Stroeder is an executive support specialist for the Oregon Department of Transportation ("ODOT").

4.     DAS receives a Membership File from Service Employees International Union Local 503, Oregon Public Employees Union ("SEIU") on a monthly basis, which includes SEIU's instructions on adding, maintaining, or ending dues deductions for employees represented by SEIU. Once received, DAS distributes the file to agencies for processing.

5.     On August 20, 2019, SEIU instructed DAS through the SEIU Membership File to cease deducting union dues from Ms. Stroeder's paychecks. DAS distributed that information to ODOT who has followed that instruction. Union-related dues will not be deducted again from Ms. Stroeder's paychecks in connection with her employment with ODOT unless she rejoins SEIU and SEIU instructs DAS to begin withholding dues from her paycheck.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

EXECUTED on October 15, 2019.

_____
NETTIE PYE

Page 2 -   DECLARATION OF NETTIE PYE IN SUPPORT OF STATE DEFENDANTS' MOTION TO DISMISS
CAS/a3m/9891219-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000