SCOTT A. KRONLAND (Lead Counsel, *pro hac vice*)
MATTHEW J. MURRAY (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
        mmurray@altber.com

JAMES S. COON, OSB No. 771450 (Local Counsel)
THOMAS, COON, NEWTON & FROST
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
E-mail: jcoon@tcnf.legal

*Attorneys for Defendant SEIU Local 503, OPEU*

[Attorneys for additional parties in signature block]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLLEEN STROEDER,<br><br>    Plaintiffs,<br>  v .<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503, OREGON PUBLIC EMPLOYEES UNION; KATE BROWN, in her official capacity as governor of OREGON; PAUL MATHER, in his official capacity as acting director of the Oregon Department of Transportation; and KATY COBA, in her official capacity as director of the Oregon Department of Administrative Services,<br><br>    Defendants.<br>_____ | Case No. 3:19-cv-01181-HZ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: CASE DEADLINES** |

## STIPULATION

WHEREAS, Defendant Service Employees International Union Local 503, Oregon Public Employees Union ("SEIU Local 503, OPEU") answered Plaintiff's complaint on September 5, 2019 (Dkt. 20);

WHEREAS, Defendants Governor Kate Brown, Paul Mather, and Katy Coba ("State Defendants") moved to dismiss Plaintiff's claims against them on October 16, 2019 (Dkt. 24);

WHEREAS, briefing is currently ongoing on the State Defendants' motion to dismiss and should be completed by November 13, 2019;

WHEREAS, the resolution of the State Defendants' motion to dismiss is likely to affect the scope of this case, including the participants, scope, and contents of meet and confer efforts the parties may undertake pursuant to Federal Rules of Civil Procedure 16 and 26;

WHEREAS, the current default case scheduling order (Dkt. 2) sets a deadline of November 28, 2019 for pretrial discovery, dispositive motions, and other pretrial matters; and

WHEREAS, to conserve party and judicial resources, and to most efficiently focus the parties' Rule 16/26 meet and confer efforts, the parties agree that all current case deadlines other than deadlines for briefing the State Defendants' pending motion to dismiss should be vacated, matters other than the pending motion to dismiss should be stayed, and the parties remaining in the case should meet and confer pursuant to Rule 16/26 after that motion is resolved;

THEREFORE, the parties, through their respective counsel, stipulate and request that the Court order that all current deadlines in this case other than deadlines regarding the briefing of the State Defendants' pending Motion to Dismiss (Dkt. 24) be vacated and that proceedings in this case other than the briefing and resolution of the State Defendants' Motion to Dismiss be stayed until the Court resolves that motion.

So stipulated,

Dated: October 29, 2019     By: */s/ Matthew J. Murray*
                                    Matthew J. Murray

                            SCOTT A. KRONLAND
                            MATTHEW J. MURRAY
                            Altshuler Berzon LLP

                            JAMES S. COON
                            Thomas, Coon, Newton & Frost

                            *Attorneys for Defendant SEIU Local 503, OPEU*


Dated: October 29, 2019     By: */s/ Carla A. Scott*
                                    Carla A. Scott

                            ELLEN F. ROSENBLUM
                            Attorney General
                            CARLA A. SCOTT #054725
                            Senior Assistant Attorney General
                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                            Telephone: (971) 673-1880
                            Fax: (971) 673-5000
                            Email: Carla.A.Scott@doj.state.or.us

                            *Attorneys for Defendants Governor Kate Brown, Paul Mather and Katy Coba*


Dated: October 29, 2019     By: */s/ Daniel R. Suhr*
                                    Daniel R. Suhr

                            Nathan R. Rietmann, OSB #053630
                            nathan@rietmannlaw.com
                            Rietmann Law, P.C.
                            1270 Chemeketa St. NE
                            Salem, Oregon 97301
                            Phone: 503-551-2740
                            Fax: 1-888-700-0192

                            Brian K. Kelsey (Pro Hac Vice)
                            bkelsey@libertyjusticecenter.org

Daniel R. Suhr (Pro Hac Vice)
dsuhr@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

*Attorneys for Plaintiff*

## [PROPOSED] ORDER

**It is so ORDERED.**

Date: _____

_____
Hon. Marco A. Hernandez
United States District Judge