UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 30 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| COLLEEN STROEDER,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 503, OREGON PUBLIC EMPLOYEES UNION; et al.,<br><br>   Defendants - Appellees. | No. 19-36082<br><br>D.C. No. 3:19-cv-01181-HZ<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

The motion filed by the appellant on December 23, 2019 for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Marc Eshoo
Deputy Clerk
Ninth Circuit Rule 27-7