SCOTT A. KRONLAND (Lead Counsel, *pro hac vice*)
MATTHEW J. MURRAY (*pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
       mmurray@altber.com

JAMES S. COON, OSB No. 771450 (Local Counsel)
THOMAS, COON, NEWTON & FROST
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
E-mail: jcoon@tcnf.legal

*Attorneys for Defendant SEIU Local 503, OPEU*

[Attorneys for additional parties in signature block]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COLLEEN STROEDER,<br><br>        Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503, OREGON PUBLIC EMPLOYEES UNION; KATE BROWN, in her official capacity as governor of OREGON; PAUL MATHER, in his official capacity as acting director of the Oregon Department of Transportation; and KATY COBA, in her official capacity as director of the Oregon Department of Administrative Services,<br><br>        Defendants. | Case No. 3:19-cv-01181-HZ<br><br>**JOINT STIPULATED MOTION AND [PROPOSED] ORDER TO CONTINUE STAY OF CASE** |

WHEREAS, on December 10, 2019, the Ninth Circuit Court of Appeals heard oral argument in *Belgau v. Inslee*, Ninth Cir. Case No. 19-35137;

WHEREAS, on December 17, 2019, the parties in this case filed a Joint Stipulation and Motion requesting that the Court issue an order staying all further proceedings until the Ninth Circuit issues a decision in *Belgau* (Dkt. 33);

WHEREAS, on December 19, 2019, the Court granted the Joint Stipulation and Motion and ordered this case stayed for 90 days, until March 18, 2020 (Dkt. 34);

WHEREAS, the Ninth Circuit has not yet issued a decision in *Belgau*;

WHEREAS, to conserve party and judicial resources and most efficiently resolve this case, the parties agree that further proceedings in this case should continue to be stayed until the Ninth Circuit issues a decision in *Belgau v. Inslee*, Ninth Cir. Case No. 19-35137, so the parties and the Court will have the benefit of that decision in seeking to resolve the remaining issues in this case; and

WHEREAS, the parties further agree that continuing the current stay of this case until the Ninth Circuit issues a decision in *Belgau* is appropriate given the current COVID-19 public health crisis;

THEREFORE, the parties, through their respective counsel, stipulate and request that the Court order that all further proceedings in this case continue to be stayed until the Ninth Circuit issues a decision in *Belgau v. Inslee*, Ninth Cir. Case No. 19-35137, at which point the parties will promptly inform the Court of the issuance of that decision and request to schedule a Rule 16 Conference.

So stipulated,

Dated:   March 18, 2020             By: */s/ Matthew J. Murray*
                                                   Matthew J. Murray

SCOTT A. KRONLAND
MATTHEW J. MURRAY
Altshuler Berzon LLP

JAMES S. COON
Thomas, Coon, Newton & Frost

*Attorneys for Defendant SEIU Local 503, OPEU*

Dated:   March 18, 2020           By: */s/ Brian K. Kelsey*
                                           Brian K. Kelsey

Brian K. Kelsey (Pro Hac Vice)
bkelsey@libertyjusticecenter.org
Daniel R. Suhr (Pro Hac Vice)
dsuhr@libertyjusticecenter.org
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7702

Nathan R. Rietmann, OSB #053630
nathan@rietmannlaw.com
Rietmann Law, P.C.
1270 Chemeketa St. NE
Salem, Oregon 97301
Phone: 503-551-2740
Fax: 1-888-700-0192

*Attorneys for Plaintiff*

### [PROPOSED] ORDER

**It is so ORDERED.**

Date: _____           _____
                                        Hon. Marco A. Hernandez
                                        United States District Judge